UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **STEPHEN L. FARRAR**, | Case No. 6:15-cv-0618-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **COLETTE PETERS, Director, O.D.O.C.; SUPT. J. PREMO, Asst. Supt.; M. YODER; CAPT. D. LONG; C. COFFEY, OSP Medical Services; S. SHELTON, M.D., Medical Director, O.D.O.C.; J. RUSSELL, BHS Administrator; T. BYERLY, BHS Manager OSP; B MILLER, BHS (PMHNP) OSP; C. GORDON, BHS (QMHP) OSP; C. FARRELL (QMHP) OSP; LEONARD WILLIAMSON, Inspector General; GARRETT LANEY, Deputy Inspector General;  E. BRYANT, Inspector 2; J. NOFZIGER, OSP; D. PARKER, OSP; K. ENGLE, C/O OSP; DR. GULICK, SRCI**, | |
| Defendants. | |

Page 1 - JUDGMENT

KING, Judge:

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED this __9th__ day of November, 2016.

      /s/ Garr M. King
      Garr M. King
      United States District Judge

Page 2 - JUDGMENT